## Commonwealth *v.* Vann, Appellant.

Submitted September 11, 1972. *Richard Vann,* appellant, in propria persona; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Vito, Appellant.

Submitted September 18, 1972. *John D. Vito,* appellant, in propria persona; *W. F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.